# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOHNNY MANSOLO, <br> # 02089160, <br>       Plaintiff, <br> v. <br> DIRECTOR TDCJ BOBBY LUMPKIN; <br> ET AL., <br>       Defendants. | § § § § § § § § § § § § § § | SA-24-CV-00107-JKP |

## JUDGEMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Johnny Mansolo's 42 U.S.C. § 1983 Amended Civil Rights Complaint for failure to state a claim, the Court renders the following Final Judgement pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Johnny Mansolo's § 1983 claims against Defendants, Captain Roy E. White, Stephannie M. Bradley and Victoria E. Rodriguez, are **DISMISSED WITH PREJUDICE** pursuant to §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

SIGNED this 26th day of November, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE